LITTLER MENDELSON, P.C.
MATTHEW E. FARMER, Bar No. 190484
JAMES P. VAN, Bar No. 303853
5200 North Palm Avenue, Suite 302
Fresno, California 93704.2225
Telephone: 559.244.7500
Facsimile:  559.244.7525
mfarmer@littler.com
jpvan@littler.com

Attorneys for Defendant
EXETER DISTRICT AMBULANCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JENNIFER RIOS,<br><br>            Plaintiff,<br><br>v.<br><br>EXETER DISTRICT AMBULANCE, TJ FISCHER, and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.<br><br>**DECLARATION OF JAMES P. VAN IN SUPPORT OF DEFENDANT EXETER DISTRICT AMBULANCE'S NOTICE OF REMOVAL** |

I, JAMES P. VAN, hereby declare and state:

1. I am an attorney with the law firm of Littler Mendelson, a Professional Corporation, and I am counsel of records in the above-entitled action for Defendant EXETER DISTRICT AMBULANCE ("Defendant"). I make this declaration in support of Defendant Exeter District Ambulance's Notice of Removal. This Declaration is based upon my own personal knowledge and reviewing the pleadings of this case. If called upon to testify about the matters set forth herein, I could and would competently do so.

/ / /

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

Declaration of James Van iso Defendant Exeter
District Ambulance's Notice of Removal

2. On or about November 28, 2017, Plaintiff JENNIFER RIOS ("Plaintiff") filed a Complaint in the Tulare County Superior Court entitled *JENNIFER RIOS v. EXETER DISTRICT AMBULANCE, TJ FISCHER, and Does 1 through 10, inclusive*, Case No. VCU 271895. Plaintiff's Complaint purports to assert claims against Defendant for violations of the First and Fourteenth Amendments and California Labor Code section 1102.5. Attached as Exhibit "A" to Defendant's Notice of Removal is a true and correct copy of the Summons and Complaint.

3. On January 4, 2018, I reviewed the docket in *JENNIFER RIOS v. EXETER DISTRICT AMBULANCE, TJ FISCHER, and Does 1 through 10, inclusive*, Case No. VCU 271895, and determined that Exhibit A constitutes all of the pleadings in the matter.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States of America and the State of California that the forgoing is true and correct.

Executed this __5__ day of January, 2018, in Fresno, California.

JAMES P. VAN

Firmwide:152113906.1 096377.1000

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704-2225
559.244.7500

Declaration of James Van iso Defendant Exeter District Ambulance's Notice of Removal

2.