1  LITTLER MENDELSON, P.C.
   MATTHEW E. FARMER, Bar No. 190484
2  JAMES P. VAN, Bar No. 303853
   5200 North Palm Avenue, Suite 302
3  Fresno, California 93704.2225
   Telephone: 559.244.7500
4  Facsimile: 559.244.7525
   mfarmer@littler.com
5  jpvan@littler.com

6  Attorneys for Defendant
   EXETER DISTRICT AMBULANCE
7

8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10                           FRESNO DIVISION
11

| | |
|---|---|
| 12  JENNIFER RIOS, | Case No. 1:18-cv-00034-DAD-EPG |
| 13             Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| 14  v. | |
| 15  EXETER DISTRICT AMBULANCE, TJ FISCHER, and | **Local Rule 144(a)** |
| 16  DOES 1 through 10, inclusive, | |
| 17             Defendants. | |

LITTLER MENDELSON, P.C.
5200 NORTH PALM AVENUE
SUITE 302
FRESNO, CA 93704.2225
559.244.7500

CASE NO. 1:18-CV-00034-DAD-EPG         STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Pursuant to Local Civil Rule 144(a), Defendant EXETER DISTRICT AMBULANCE (hereinafter "Defendant") and Plaintiff JENNIFER RIOS (hereinafter "Plaintiff") herein stipulate and agree that the time for Defendant to file their responsive pleading in the above-captioned matter is extended from January 12, 2018, to January 31, 2018. Thus, the responsive pleading is now due Wednesday, January 31, 2018.

Defendants and defense counsel have not had sufficient time to adequately review the factual basis of the claims alleged herein. An extension of time will allow Defendant and defense counsel time to fully prepare an appropriate responsive pleading. This extension does not in any way alter the date of any event or any deadline already fixed by Court order.

IT IS SO STIPULATED AND AGREED.

Dated:     January 11, 2018

/s/ *James P. Van*
MATTHEW E. FARMER
JAMES P. VAN
Littler Mendelson, P.C.
Attorneys for Defendants
EXETER DISTRICT AMBULANCE

Dated:     January 11, 2018

/s/ *Marguerite Melo*
MARGUERITE MELO
Law Offices of Melo and Sarsfield LLP
Attorney for Plaintiff
JENNIFER RIOS

Firmwide:152237081.1 096377.1000

LITTLER MENDELSON, P.C.
5200 NORTH PALM AVENUE
SUITE 302
FRESNO, CA 93704.2225
559.244.7500

CASE NO. 1:18-CV-00034-DAD-EPG    2.    STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING