1  LITTLER MENDELSON, P.C.
   MATTHEW E. FARMER, Bar No. 190484
2  JAMES P. VAN, Bar No. 303853
   5200 North Palm Avenue, Suite 302
3  Fresno, California  93704.2225
   Telephone: 559.244.7500
4  Facsimile:  559.244.7525
   mfarmer@littler.com
5  jpvan@littler.com

6  Attorneys for Defendant
   EXETER DISTRICT AMBULANCE
7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10                         FRESNO DIVISION

11

12 | JENNIFER RIOS, | Case No.  1:18-cv-00034-DAD-EPG |
13 | Plaintiff, | **STIPULATION REGARDING FIRST RESPONSIVE PLEADING OF DEFENDANT TJ FISHER; [PROPOSED] ORDER THEREON** |
14 | v. | |
15 | EXETER DISTRICT AMBULANCE, TJ FISCHER, and DOES 1 through 10, inclusive, | |
16 | | Trial Date:  TBD |
17 | Defendants. | |

18

19         **WHEREAS** Defendant EXETER DISTRICT AMBULANCE ("EDA")

20 has appeared in the action;

21         **WHEREAS** Defendant TJ FISCHER ("Fischer") has been served but not

22 yet appeared in the action;

23         **WHEREAS** EDA and Plaintiff JENNIFER RIOS ("Plaintiff"; EDA and

24 Plaintiff collectively "Parties") have agreed to mediate the case before the honorable

25 Judge Patrick O'Hara on August 20, 2018; and

26         **WHEREAS** the Parties wish to focus case efforts upon mediation and

27 make a good faith effort to see if case resolution can be achieved;

28

**IT IS HEREBY STIPULATED AND AGREED** between the Parties that:

1. No default shall be sought against Fischer and Fischer shall file and serve his first responsive pleading twenty (20) days after completion of mediation.

2. Formal discovery shall be frozen until completion of mediation. The Parties request that the Court set these new discovery related dates:

   -- Nonexpert Discovery Cutoff: February 16, 2019

   -- Expert Disclosure: March 20, 2019

   -- Rebuttal Expert Disclosure: April 30, 2019

   -- Expert Discovery Cutoff: May 31, 2019

3. The Parties further request that the Mid-Discovery Conference on July 11, 2018 be continued to November 19, 2018 in light of the agreed to mediation and discovery freeze.

**SO STIPULATED.**

Dated: May 10, 2018                    LAW OFFICES OF MELO AND SARSFIELD


By: /s/ John Sarsfield
    JOHN SARSFIELD
    MARGUERITE MELO
    Attorneys for Plaintiff
    JENNIFER RIOS

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704 2225
559 244 7500

Stip Re First Responsive Pleading Of Defendant TJ Fischer; [Proposed] Order Thereon    2.    CASE NO. 1:18-CV-00034-DAD-EPG

1 | Dated: May 10, 2018                              LITTLER MENDELSON, P.C.

4 | By: /s/ Matthew E. Farmer
    MATTHEW E. FARMER
    JAMES P. VAN
    Attorneys for Defendant
    EXETER DISTRICT
    AMBULANCE

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704 2225
559 244 7500

Stip Re First Responsive Pleading Of Defendant
TJ Fischer; [Proposed] Order Thereon          3.          CASE NO. 1:18-CV-00034-DAD-EPG

# ORDER

Having read and considered the above Stipulation of the Parties, and finding good cause thereon, the Court orders as follows:

1. No default shall be sought against Fischer and Fischer shall file and serve his first responsive pleading twenty (20) days after completion of mediation.

2. Formal discovery shall be frozen until completion of mediation. In light of the mediation between the Parties, discovery dates are continued as follows:

- -- Nonexpert Discovery Cutoff: February 16, 2019
- -- Expert Disclosure: March 20, 2019
- -- Rebuttal Expert Disclosure: April 30, 2019
- -- Expert Discovery Cutoff: May 31, 2019

3. The Mid-Discovery Conference is continued from July 11, 2018 to November 19, 2018.

**SO ORDERED.**

Dated: _____

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT

Firmwide:154404703.1 096377.1001

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704 2225
559 244 7500

Stip Re First Responsive Pleading Of Defendant TJ Fischer; [Proposed] Order Thereon

4.

CASE NO. 1:18-CV-00034-DAD-EPG