LITTLER MENDELSON, P.C.
MATTHEW E. FARMER, Bar No. 190484
JAMES P. VAN, Bar No. 303853
5200 North Palm Avenue, Suite 302
Fresno, California 93704.2225
Telephone: 559.244.7500
Facsimile: 559.244.7525
mfarmer@littler.com
jpvan@littler.com

Attorneys for Defendant
EXETER DISTRICT AMBULANCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JENNIFER RIOS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EXETER DISTRICT AMBULANCE, TJ FISCHER, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 1:18-cv-00034-DAD-EPG<br><br>**STIPULATION REGARDING FIRST RESPONSIVE PLEADING OF DEFENDANT TJ FISHER; ORDER THEREON**<br><br>Trial Date: TBD |

**WHEREAS** Defendant EXETER DISTRICT AMBULANCE ("EDA") has appeared in the action;

**WHEREAS** Defendant TJ FISCHER ("Fischer") has been served but not yet appeared in the action;

**WHEREAS** EDA and Plaintiff JENNIFER RIOS ("Plaintiff"; EDA and Plaintiff collectively "Parties") have agreed to mediate the case before the honorable Judge Patrick O'Hara on August 20, 2018; and

**WHEREAS** the Parties wish to focus case efforts upon mediation and make a good faith effort to see if case resolution can be achieved;

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

Stip Re First Responsive Pleading Of Defendant
TJ Fischer; [Proposed] Order Thereon

CASE NO. 1:18-CV-00034-DAD-EPG

**IT IS HEREBY STIPULATED AND AGREED** between the Parties that:

    1. No default shall be sought against Fischer and Fischer shall file and serve his first responsive pleading twenty (20) days after completion of mediation.

    2. Formal discovery shall be frozen until completion of mediation. The Parties request that the Court set these new discovery related dates:

        -- Nonexpert Discovery Cutoff: February 16, 2019

        -- Expert Disclosure: March 20, 2019

        -- Rebuttal Expert Disclosure: April 30, 2019

        -- Expert Discovery Cutoff: May 31, 2019

    3. The Parties further request that the Mid-Discovery Conference on July 11, 2018 be continued to November 19, 2018 in light of the agreed to mediation and discovery freeze.

**SO STIPULATED.**

Dated: May 10, 2018           LAW OFFICES OF MELO AND SARSFIELD

By: /s/ John Sarsfield
JOHN SARSFIELD
MARGUERITE MELO
Attorneys for Plaintiff
JENNIFER RIOS

| | | |
|---|---|---|
| Dated: May 10, 2018 | | LITTLER MENDELSON, P.C. |

By: /s/ Matthew E. Farmer
    MATTHEW E. FARMER
    JAMES P. VAN
    Attorneys for Defendant
    EXETER DISTRICT
    AMBULANCE

**ORDER**

Having read and considered the above Stipulation of the Parties, and finding good cause thereon, the Court orders as follows:

1. No default shall be sought against Fischer, and Fischer shall file and serve his first responsive pleading twenty (20) days after completion of mediation.

2. Formal discovery shall be stayed until completion of mediation. In light of the mediation between the Parties, discovery dates are continued as follows:

    -- Nonexpert Discovery Cutoff: February 19, 2019

    -- Expert Disclosure: March 20, 2019

    -- Rebuttal Expert Disclosure: April 30, 2019

    -- Expert Discovery Cutoff: May 31, 2019

3. The Mid-Discovery Conference is continued from July 11, 2018 to November 19, 2018, at 9:30 AM. Telephonic appearances are granted with the parties to use the following dial-in information: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint status report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

Dated: **May 11, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE