JOHN J. SARSFIELD (SBN 138971)
MARGUERITE MELO (SBN 167782)
LAW OFFICES OF MELO AND SARSFIELD LLP
E-mail: meloandsarsfield@icloud.com
4216 S. Mooney Blvd PMB 136
Visalia, CA 93277
Telephone:  559.732.3000
Fax:  559.732.3005

Attorneys for Plaintiff Jennifer Rios

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JENNIFER RIOS,** )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>**EXETER DISTRICT AMBULANCE**<br>**et. al.,** )<br>)<br>Defendants. )<br>)<br>)<br>)<br>)<br>) | Case No. 1:18-cv-00034-DAD-EPG<br><br>**PLAINTIFF'S REQUEST FOR**<br>**DISMISSAL OF COMPLAINT**<br>**WITH PREJUDICE; [PROPOSED]**<br>**ORDER** |

    PLAINTIFF Jennifer Rios, through her counsel of record, hereby requests that the COMPLAINT filed herein be dismissed in its entirety with prejudice in accordance with the terms and requirements of the separately signed

///

///

///

///

///

- 1 -

confidential settlement agreement entered into between the parties to this matter.

SUBMITTED ON BEHALF OF PLAINTIFF JENNIFER RIOS:

Dated:  Nov. 8, 2018         LAW OFFICES OF MELO AND
                             SARSFIELD, LLP
                             Attorneys for Plaintiff Jennifer Rios

                                    /s/
                             _____
                             John Sarsfield, Esq.

                                    /s/
Dated:  Nov. 8, 2018         _____
                             Marguerite Melo, Esq.

1
2
3
4
5 **[PROPOSED] ORDER**
6
7       Based on the Plaintiff's request for dismissal of complaint with prejudice and good cause
8  appearing therefor, **IT IS ORDERED** that the Complaint of Plaintiff Jennifer Rios, Case
9  Number 1:18-cv-00034-DAD-EPG  is dismissed with prejudice.
10
11
12 Dated:_____
13
                                    _____
14
                                    HON. ERICA P. GROSJEAN
15                                  UNITED STATES MAGISTRATE JUDGE
16
17
18
19
20
21
22
23
24
25
26
27
28

Request for Dismissal; [Proposed] Order