UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER RIOS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EXETER DISTRICT AMBULANCE, TJ FISCHER, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 1:18-cv-00034-DAD-EPG<br><br>**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**(ECF No. 15, 16)** |

Plaintiff, Jennifer Rios, has filed a request for dismissal of the action with prejudice (ECF No. 15), and Defendant Exeter District Ambulance have filed a stipulation to dismiss the entire action with prejudice (ECF Nos. 16). In light of the request for dismissal (ECF No. 15), and because Defendant TJ Fischer has not filed an answer or a motion for summary judgment, the case is dismissed with prejudice as to Defendant TJ Fischer. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). In light of the stipulation between Plaintiff and Defendant Exeter District Ambulance (ECF No. 16), the case has ended and is dismissed with prejudice as to Defendant Exeter District Ambulance.

\\\
\\\
\\\
\\\

The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **November 26, 2018**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE